JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSICAL SILK, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOLAN GROUP, INC. et al. <br><br> Defendants. | Case No. CV 14-09224-AB (MRWx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **75 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: May 6, 2016 _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.